Mitchell Manufacturing Company, Appellee, v. Cooper-Jarrett, Inc., Appellant, and Crooks Terminal Warehouses, Inc., Third Party Defendant, Appellee.

Gen. No. 47,811.

First District, First Division.

March 21, 1960.

Rehearing denied and opinion modified April 11, 1960.

Released for publication April 11, 1960.

Litsinger, Gatenbey, and Spuller (Andrew W. Gatenbey and Fred H. Law, Jr., of counsel) for appellant; Blanksten and Lansing (Bernard M. Kaplan, of counsel) for plaintiff-appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.